IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DALE WILSON,                      CASE NO. 2:06-cv-1070

    Petitioner,

v.                               JUDGE WATSON

WARDEN, NOBLE CORRECTIONAL INSTITUTION,

    Respondent.

## OPINION AND ORDER

On October 2, 2007, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed as barred by the one-year statute of limitations under 28 U.S.C. §2244(d). Although the parties explicitly were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences for failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action hereby is **DISMISSED**.

**IT IS SO ORDERED.**

/s/ Michael H. Watson
MICHAEL H. WATSON, JUDGE
United States District Court